1 | **JOHN P. HANNON II**
Law Offices of John P. Hannon II
2 | SB No:  111692
716 Capitola Avenue, Ste. F
3 | Capitola, CA  95010
PH:  (831) 476-8005
4 | FAX:  (831) 476-8984

5 | Attorney for Plaintiffs:
American Academy Holdings, Inc.
6 |

7 |

8 | **IN THE UNITED STATES FEDERAL COURT**

9 | **EASTERN DISTRICT OF CALIFORNIA**

10 |

11 | AMERICAN ACADEMY HOLDINGS,          )          NO:  1-20-CV-00548-NONE-SKO
INC. (a Delaware Corporation),               )
12 |                                                            )
                           Plaintiffs,               )          **STIPULATION AND**
13 |                                                            )          **ORDER TO FILE FIRST AMENDED**
                                                            )          **COMPLAINT**
14 | v.                                                       )
                                                            )
15 |                                                            )          (Doc. 16)
                                                            )
16 |                                                            )          [Breach contract; Bad Faith Insurance
AIG AEROSPACE INSURANCE          )          Practices]
17 | SERVICES, INC. (a Georgia Corporation);  )
AIG AEROSPACE ADJUSTMENT          )
18 | SERVICES, INC. (a Georgia corporation);  )
and DOES 1 through 20, inclusive,           )
19 |                                                            )
                                                            )
20 |                           Defendants.               )
_____ )
21 |

22 |          It is hereby stipulated by and between the parties the present matter that:

23 |          Whereas, on March 16, 2020, Plaintiff, American Academy Holdings, Inc., filed a

24 | complaint in the County of Merced, State of California, entitled American Academy Holdings,

25 | Inc., v. AIG Aerospace Insurance Services, Inc., et al., which bears Merced County Superior Court

26 | case number 20CV-01233.

27 |          Whereas, the state court complaint was removed from the state court to federal court on

28 | April 16, 2020.

- 1 -

1    Whereas, the parties have communicated regarding certain defects in the complaint related

2  to the airplane parts that might be covered under the policy of insurance, such parts not being

3  adequately described in the original complaint.

4    Whereas, the parties have also communicated regarding the name of the corporation,

5  National Union First Insurance Company of Pittsburgh, PA, that issued the policy of insurance on

6  which the present action was based, such information not being in the possession of the Plaintiff's

7  counsel at the time the action was originally filed.

8    Wherefore, the parties stipulate as follows:

9    1.  Plaintiff shall be allowed to file a first amended complaint in the form which is attached

10  hereto as Exhibit A.

11    2.  The existing answers of AIG Aerospace Insurance, Services, Inc., and AIG Aerospace

12  Adjustment Services, Inc., shall be deemed to constitute answers to the first amended complaint.

13    3.  Plaintiff shall have 30 days from the signing of the attached order to effect service of

14  process on National Union Fire Insurance Company of Pittsburgh, PA.

15    4.  Once, National Union Fire Insurance Company of Pittsburgh, PA is served, Defendants,

16  AIG Aerospace Insurance Services and AIG Aerospace Adjustment Services, Inc., shall be

17  dismissed from the matter, without prejudice.

18    It is so stipulated

19

20  Dated:                                          By: *John P. Hannon II*     /s/_____
                                                        JOHN P. HANNON II
21                                                      Attorney for Plaintiff:
                                                        AMERICAN ACADEMY HOLDINGS,
22

23  Dated:                                          By:_____
                                                        ERIC A. AMADOR
24                                                      Attorney for Defendants:
                                                        AIG AEROSPACE INSURANCE
25                                                      SERVICES, INC., and AIG AEROSPACE
                                                        ADJUSTMENT SERVICES, INC.
26

27

28

**ORDER**

Having reviewed the stipulation of the parties (Doc. 16) and good cause existing therefore hereby orders that:

1.  Plaintiff SHALL file a first amended complaint in the form that is attached to this stipulation and order as Exhibit A.

2.  The existing answers of AIG Aerospace Insurances, Services, Inc., and AIG Aerospace Adjustment Services, Inc., SHALL be deemed to constitute answers to the first amended complaint.

3.  Plaintiff SHALL have 30 days from this order to effect service of process on National Union Fire Insurance Company of Pittsburgh, PA.

4.  Once National Union Fire Insurance Company of Pittsburgh, PA is served, the parties SHALL file a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii) of Defendants AIG Aerospace Insurance Services and AIG Aerospace Adjustment Services, Inc.


IT IS SO ORDERED.

Dated:   __**November 12, 2020**__                       ____/s/ *Sheila K. Oberto*____
                                                                         UNITED STATES MAGISTRATE JUDGE